UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

BORIS KATS, et al.,                       Civil No. 07-479 (RHK/AJB)

        Plaintiff,                         **ORDER**

  v.

DENISE FRAZIER, et al.

        Defendants.

_____

    The parties hereto having stipulated and agreed that this action with respect to Plaintiffs Haider Ali, Abdelghani Ghalbane, and Xiaohua Zhang is moot, and should be dismissed, and the Court having duly considered the Motion to Dismiss based on the Stipulation;

    IT IS HEREBY ORDERED:

    That this action with respect to Plaintiffs Haider Ali, Abdelghani Ghalbane, and Xiaohua Zhang is hereby **DISMISSED WITH PREJUDICE** on the merits thereof, without costs or attorneys' fees to either party.

Dated: February 15, 2008

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge